U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

AUG - 8 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES | CRIMINAL NO. 06-10021 |
|---|---|
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| BOBBY C. ODOM | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

**ORDER**

The Court adopts the Report and Recommendation filed this day as to Mr. Odom's competence. For the reasons stated by the Magistrate Judge in the Report and Recommendation, the court finds by a preponderance of the evidence that defendant does not at present have the ability to stand trial, to understand the nature and consequences of the proceedings against him or to assist in his defense.

THEREFORE, IT IS ORDERED that Mr. Odom be transferred to a medical referral center in the Federal Bureau of Prisons in order to restore him to competency under 18 USC §4241(d) for a period of 120 days. IT IS FURTHER ORDERED that he participate in a comprehensive substance abuse treatment program.

The court finds that the ends of justice require that the time necessary for compliance with this Order shall not be included in the speedy trial delays.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 8th day of August, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE